| | |
|---|---|
| **DISTRICT COURT OF THE VIRGIN ISLANDS** | |
| **DIVISION OF ST. CROIX** | |

**AUGUSTE CHARLEMAGNE,**

        Plaintiff,                          2008-CV-0030

  v.

**GOVERNMENT OF THE VIRGIN ISLANDS,
VINCENT F. FRAZER, in his capacity as
ATTORNEY GENERAL, and DEPARTMENT OF
JUSTICE OF THE U.S. VIRGIN ISLANDS,**

        Defendants.

_____

**TO:**   Archie Jennings, Esq.
        Richard Schrader, Jr., Esq., AAG

### ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the Joint Stipulation For Dismissal (Docket No. 8) between Plaintiff and Defendants.

Accordingly, it is now hereby **ORDERED**:

1.     Joint Stipulation For Dismissal (Docket No. 8) is **GRANTED**.

2.     This matter, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), is **DISMISSED WITH PREJUDICE,** with each party bearing their own costs and fees.

*Charlemagne v. Government of the Virgin Islands*
2008-CV-0030
Order Granting Joint Stipulation For Dismissal
Page 2

ENTER:

Dated: August 27, 2008

/s/
GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE